# THE SUPREME COURT OF THE STATE OF DELAWARE

STEWARD HEALTH CARE SYSTEM § 
LLC, STEWARD MEDICAL GROUP, § No. 181, 2023
INC., STEWARD PGH, INC., §
STEWARD NSMC, INC., STEWARD §
CGH, INC., and STEWARD HH, INC., §
 §
     Respondents Below §
     Appellant, §
 § Court Below: Court of Chancery
   v. § of the State of Delaware
 §
TENET HEALTHCARE CORPORATION, § C.A. No. 2022-0774
CGH HOSPITAL, LTD., CORAL GABLES §
HOSPITAL, INC., HIALEAH HOSPITAL §
INC., HIALEAH REAL PROPERTIES, §
INC., LIFEMARK HOSPITALS OF §
FLORIDA, INC., LIFEMARK HOSPITALS §
INC., NORTH SHORE MEDICAL §
CENTER, INC., SUNRISE MEDICAL §
GROUP I, LLC, TENET FLORIDA §
PHYSICAN SERVICES, LLC, TFPS IV, §
LLC, and SHARLILEE SMITH, as §
Trustee for Coral Gables Hospital Land §
Agreement Number 1001, and as Successor §
Trustee pursuant to the FMC Land Trust §
Agreement Number 1001, §
 §
     Petitioners Below §
     Appellees. §

Submitted: November 29, 2023
Decided: December 18, 2023

Before **TRAYNOR**, **LEGROW**, and **GRIFFITHS**, Justices.

## **ORDER**

This 18th day of December, 2023, after consideration of the parties' briefs, the argument of counsel, and the record on appeal, it appears to the Court that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in its April 4, 2023 Letter Opinion[1] and May 15, 2023 Order and Final Judgment.[2]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery be AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice

---

[1] 2023 WL 2778295 (Del. Ch. Apr. 4, 2023).
[2] 2023 WL 3496815 (Del. Ch. dated May 11, 2023; entered May 15, 2023).